UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENISE CRUMWELL,

                Plaintiff,

-v-

EARLE D. VANDEKAR OF KNIGHTSBRIDGE, INC.,

                Defendant.

21-CV-9490 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Defendant was served on December 2, 2021. However, no appearance has been entered on Defendant's behalf, and no response to the complaint has been filed in the allotted time. Plaintiff has not moved for a default judgment.

    Plaintiff is directed to notify the Court whether it intends to move for default judgment, or if it has received any communication from Defendant or its counsel regarding a response to the complaint.

    If Plaintiff fails by June 7, 2022, to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendant, the action may be dismissed for failure to prosecute.

    Plaintiff is directed to serve a copy of this order by mail on Defendant.

    SO ORDERED.

Dated: May 23, 2022
       New York, New York

_____
J. PAUL OETKEN
United States District Judge